IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**THOMAS LEAKE,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00005-TES-CHW-1** |

**AMENDED ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is an Unopposed Motion to Continue, [Doc. 21], filed by Defendant. Defendant was indicted on February 14, 2023. [Doc. 1]. The Court appointed the Federal Defenders to represent Defendant on March 8, 2023. [Doc. 10]. The Court ordered that Defendant be detained. [Doc. 16]. Defendant's counsel filed her Notice of Appearance and Request for Discovery on March 9, 2023. [Doc. 17]; [Doc. 18]. On April 6, 2023, this Court set the Pretrial Conference for April 25, 2023. [Doc. 20].

Defendant's counsel received discovery on March 15, 2023. Defendant's counsel requests additional time to receive and review one additional piece of discovery the Government is diligently attempting to locate. Counsel also needs additional time to receive criminal history records which impact the potential sentence Defendant might be facing. Once counsel has received these items, she will need to review them with Defendant. The Government does not oppose Defendant's motion. [Doc. 21].

Accordingly, the Court **GRANTS** Defendant's Unopposed Motion to Continue, [Doc. 21], and this case and its pretrial conference are **CONTINUED** to the Court's August Trial Term—August 7, 2023. See 18 U.S.C. § 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 14th day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
